### 3958. SLADE *v.* THE STATE.

RUSSELL, J. The excerpts from the charge of the court, when considered with the context of the charge as a whole, are not objectionable as intimating or expressing an opinion upon the evidence. The evidence authorized the verdict, and there was no error in refusing a new trial.

*Judgment affirmed.*

DECIDED MARCH 19, 1912.

Indictment for wife-beating; from Crisp superior court—Judge Whipple. December 30, 1911.

*Crum & Jones,* for plaintiff in error.

*Max E. Land, solicitor-general, J. T. Hill, J. W. Dennard,* contra.